# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 25, 2017

Bozorgmehr Pouyeh
10626 NE 10TH PL
MIAMI, FL 33138

Appeal Number: 17-11832-C
Case Style: In re: Bozorgmehr Pouyeh
District Court Docket No: 1:16-cv-23582-JEM

Your petition for a writ of mandamus has been filed, but will not be considered or acted upon by the Court pending correction of the deficiency or deficiencies listed below:

The docketing fee has not yet been paid to the clerk of this court. Pursuant to 11th Cir. R. 42-1(b), this petition will be dismissed without further notice unless the docketing fee is paid within fourteen (14) days, or you file a motion for leave to proceed in forma pauperis on appeal and financial affidavit in this court within fourteen (14) days (form available on the Internet at www.ca11.uscourts.gov). See I.O.P. 1, Payment of Fees, following Fed.R.App.P. 15; Fed.R.App.P. 24(b); and Form 4, Appendix of Forms to the Federal Rules of Appellate Procedure.

Rule 21(a) of the Federal Rules of Appellate Procedure requires that the petition contain proof of service on the respondent judge or judges and on all parties to the action in the trial court.

If you fail to correct the above-listed deficiency or deficiencies within FOURTEEN (14) DAYS from the date of this letter, the Court will determine whether this petition should be stricken for failure to comply with the Rules. This may result in the matter being closed and the petition being returned to you without Court action.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

PRO-2B Mandamus deficiency letter